IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES GRANT ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-CV-573-TMH |
| ) | |
| ) | |
| DR. S. WARR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 15) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 15) of the Magistrate Judge is ADOPTED;

2. The motion to dismiss filed by the defendants is GRANTED to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy currently available to him at the Russell County Jail; and

3. This case is DISMISSED without prejudice pursuant to the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust an administrative remedy presently available to him at the Russell County Jail.

A separate judgment shall issue.

Done this the 30th day of January, 2013.

      /s/ Truman M. Hobbs
      TRUMAN M. HOBBS
      SENIOR UNITED STATES DISTRICT JUDGE